435 A.2d 240

Jensen, et al., Appellants v. Warren General Hospital, et al.

Appeal of Fred E. Jensen.

Argued November 10, 1980. Mark D. Sonnelitter, for appellants; John M. McLaughlin, for Warren General Hospital, appellee; Irving Murphy, for Fino, M.D., appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Judgment affirmed.

435 A.2d 241

Princeton Consumer Dis. Co. v. Mattero, et al.

Appeal of Florence Mattero.

Argued March 19, 1980. Richard S. Packel, for appellant; Timothy Sullivan, for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.